# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-41149
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 8, 2019

Lyle W. Cayce
Clerk

FLAVIO TAMEZ,

> Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; AUSA JULIE K. HAMPTON; LISA LOPEZ; GRACE REYES; LETICIA MARTINEZ; SANDRA CACERES-NAVARRETE; ALEX DE ARMAS; JOHN DOE,

> Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:18-CV-83

Before JOLLY, JONES, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.